DANIEL G. BOGDEN
United States Attorney
TIMOTHY VASQUEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>[1] CHALRES HORKY,<br>[2] KIMBERLY FLORES,<br>[3] ARCHIE GRANATA,<br>[4] DAWIT MOSZAGI,<br>[5] SOLOMON ZEMEDHUN,<br>[6] CLARENCE ADAMS,<br>[7] JAMES REDA<br>[8] MIKHAIL MALEEV, and<br>[9] OLIVE TOLI,<br><br>　　　　　Defendant. | 2:12-cr-00440-RCJ-GWF<br><br>EX PARTE MOTION TO UNSEAL INDICTMENT ON ARREST OF FIRST DEFENDANT |

**COMES NOW** the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Timothy Vasquez, Assistant United States Attorney, and moves the Court to grant an order unsealing the indictment in the above captioned matter on the first arrest of a defendant's in this matter. The government anticipates that the Federal Bureau of Investigation will begin efforts to arrest defendants starting on December 13, 2012. At the time of the first defendant's arrest a copy of the charging document will need to be provided to defendants and his counsel to allow counsel's representation of the defendant. At that point the existence of the indictment and the defendants will effectively be known and no reason would exist for continued sealing of the indictment.

Respectfully submitted this, the 12th day of December, 2012.

                                    DANIEL G. BOGDEN
United States Attorney

/s/ Timothy Vasquez
_____
TIMOTHY VASQUEZ
Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
TIMOTHY VASQUEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:   (702) 388-6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>[1] CHALRES HORKY,<br>[2] KIMBERLY FLORES,<br>[3] ARCHIE GRANATA,<br>[4] DAWIT MOSZAGI,<br>[5] SOLOMON ZEMEDHUN,<br>[6] CLARENCE ADAMS,<br>[7] JAMES REDA<br>[8] MIKHAIL MALEEV, and<br>[9] OLIVE TOLI,<br><br>Defendants | 2:12-cr-00440-JCM-CWH<br><br>ORDER UNSEALING INDICTMENT ON ARREST OF FIRST DEFENDANT |

Having reviewed the Government's motion and good cause appearing, IT IS HEREBY ORDERED that the indictment in the instant matter is unsealed on the arrest of the first defendant.

Dated, this 12 day of December, 2012.

*Robert J. Johnston*

UNITED STATES MAGISTRATE JUDGE