UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>v.<br><br>[1] CHARLES HORKY,<br>[2] KIMBERLY FLORES,<br>[3] ARCHIE GRANATA,<br>[4] DAWIT MOSZAGI,<br>[5] SOLOMON ZEMEDHUN,<br>[6] CLARENCE ADAMS,<br>[7] JAMES REDA,<br>[8] MIKHAIL MALEEV, and,<br>[9] OLIVE TOLI,<br><br>                      Defendants. | NO. 2:12-CR-00440-RCJ-(GWF)<br><br>AMENDED ORDER GRANTING LEAVE TO ALLOW THE COORDINATING DISCOVERY ATTORNEY TO FILE STATUS REPORTS UNDER SEAL ON CM/ECF |

      THIS MATTER has come before this Court upon the request of the court-appointed Coordinating Discovery Attorney, Russell M. Aoki of Aoki Law PLLC, for an Order granting him leave to file his monthly status reports under seal electronically on the Court's CM/ECF program. The direct electronic filing of Mr. Aoki's status report will reduce resources in distributing his monthly reports to the Court. Therefore, this Court hereby grants Mr. Aoki leave to file **under seal** using the CM/ECF filing program and instructs the Court Clerk's Office to provide Mr. Aoki access for filing of his status reports.

      DONE AND ORDERED at _Las Vegas_, Nevada this _19th_ day of November, 2013.

_____
The Honorable George Foley, Jr.
U.S. Magistrate Judge