MELANIE A. HILL
Nevada State Bar No. 8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel: (702) 362-8500
Fax: (702) 362-8505
*Attorney for Defendant Olive Toli*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:12-cr-00440-APG-GWF-9 |
| Plaintiff, | Case No: 2:12-cr-00451-APG-CWH |
| v. | **STIPULATION TO MODIFY DEFENDANT OLIVE TOLI'S CONDITIONS OF RELEASE ON APPEARANCE BOND TEMPORARILY TO TRAVEL BACK AND FORTH FOR WORK BETWEEN LAS VEGAS, NEVADA AND CEDAR CITY, UTAH FROM AUGUST 21, 2017-SEPEMBER 11, 2017** |
| OLIVE TOLI, | |
| Defendant. | |
| | **ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Robert Knief, Assistant United States Attorneys, counsel for the United States of America, and Melanie A. Hill, counsel for defendant Olive Toli that the travel restriction condition of Olive Toli's release on appearance bond limiting his travel to Clark County [Dkt #69 in 2:12-cr-00440 and Dkt #16 in 2:12-cr-00451] be lifted temporarily to enable him to travel back and forth for work between Las Vegas, Nevada and Cedar City, Utah from August 21, 2017-September 11, 2017.

///

1

Mr. Toli was unable to call Misty Sanchez with Pretrial services regarding this request because he was notified by his boss today that he needs to travel for work tomorrow evening and today is a Sunday. To avoid delay on filing this stipulation because Mr. Toli needs permission to travel tomorrow, counsel is filing it on a Sunday without first asking Mr. Toli to contact pretrial services to get their position on this limited travel modification.

DATED this 20th day of August, 2017.

| MELANIE HILL<br>Law Office of Melanie Hill<br><br>By: /s/ Melanie A. Hill<br>    MELANIE A. HILL<br>    *Attorney for Defendant Olive Toli* | DANIEL G. BOGDEN<br>United States of America<br><br>By: /s/ Robert Knief<br>    ROBERT KNIEF<br>    *Attorney for Plaintiff* |

## **ORDER**

IT IS HEREBY ORDERED that the travel restriction condition of Olive Toli's release on appearance bond limiting his travel to Clark County [Dkt #69 in 2:12-cr-00440 and Dkt #16 in 2:12-cr-00451] be lifted temporarily to enable him to travel back and forth for work between Las Vegas, Nevada and Cedar City, Utah from August 21, 2017-September 11, 2017.

Dated: August 21, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE